FILED

04 MAR 22 AM 10: 11

MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., DC COMICS, HANNA-BARBERA PRODUCTIONS, INC., PLAYBOY ENTERTAINMENT INTERNATIONAL, INC., VIACOM INTERNATIONAL INC., and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KMR WHOLESALE, INC., SUNIL WARRIER, ASHA WARRIER, and JOHN DOES 1 - 5, <br><br> Defendants. | CIVIL NO.: 6:04-CV-386-ORL-18JGC <br><br> FOR: <br><br> (1) COPYRIGHT INFRINGEMENT; <br><br> (2) TRADEMARK INFRINGEMENT; <br><br> (3) FALSE DESIGNATION OF ORIGIN AND FALSE DESCRIPTION; <br><br> (4) COMMON LAW UNFAIR COMPETITION; <br><br> **INJUNCTIVE RELIEF SOUGHT** <br> **FILED UNDER SEAL** |

**PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE FOR ENTRY OF PRELIMINARY INJUNCTION AND ORDER FOR SEIZURE, ORDER DIRECTING ISSUANCE OF SUMMONSES FOR JOHN DOE DEFENDANTS, AND ORDER GRANTING LEAVE TO AMEND COMPLAINT**

Plaintiffs, Disney Enterprises, Inc., DC Comics, Hanna-Barbera Productions, Inc., Playboy Entertainment International, Inc., Viacom International, Inc., and Warner Bros. Entertainment Inc., move this Court <u>ex parte</u> for Orders:



1.   to Show Cause why a Preliminary Injunction should not be issued against the Defendant;

2.   for an Immediate Temporary Restraining Order enjoining the Defendants from infringing upon the Plaintiffs' exclusive copyrighted properties and trademarks prior to the hearing for the Preliminary Injunction;

3.   for an Order to Seize infringing merchandise and documents related to the Defendants' importation, distribution, sale and offer for sale of infringing merchandise bearing Plaintiffs' copyrighted works and trademarks, from the Defendants;

4.   for an Order to District Clerk to Issue Summonses for John Doe Defendants; and

5.   for an Order Granting Leave to Amend Complaint.

In support of this Motion, Plaintiffs rely on their <u>Memorandum in Support of Motion for Temporary Restraining Order, Order to Show Cause and Order for Seizure</u>, which is incorporated herein by reference, as well as the other documents filed by the Plaintiff in support of this Order.

This Order is being sought <u>ex parte</u> without notice to the Defendant pursuant to Fed. R. Civ. P. 65(b) and (f), 17 U.S.C. § 503(a) and 15 U.S.C. § 1116(d) since it is believed by the Plaintiffs' undersigned counsel that notice to the Defendants of this motion or the underlying action will likely result in the Defendants secreting the infringing merchandise to be seized pursuant to order of this Court, or that such notice will otherwise warn the Defendants of

the impending seizure so that they may be able to frustrate the intent and purpose of the seizure of this Court.

No previous application for similar relief has been made in this action.

Dated this 22nd day of March, 2004.

Respectfully submitted,

Michael W.O. Holihan
Florida Bar No: 782165
**Michael W.O. Holihan, P.A.**
1101 North Lake Destiny Road
Suite 350
Maitland FL 32751
Telephone: (407) 660-8575
Facsimile: (407) 660-0510
Attorneys for Plaintiffs