UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



JUDGE G. KENDALL SHARP

DISNEY ENTERPRISES, INC., DC COMICS,
HANNA-BARBERA PRODUCTIONS, INC.,
PLAYBOY ENTERPRISES
INTERNATIONAL, INC., VIACOM
INTERNATIONAL INC., WARNER BROS.
ENTERTAINMENT INC.,
          Plaintiffs,

-vs-                                   Case No.  6:04-cv-386-Orl-18JGG

KMR WHOLESALE, INC., SUNIL
WARRIER, ASHA WARRIER, JOHN DOES
1-5,
          Defendants.

### MINUTES ON HEARING

Attorney for plaintiffs, Michael W.O. Holihan, argued his motion for entry of an Order for Preliminary Injunction.  Defendants counsel, Patrick McGinley, responded.

Court GRANTED the Motion for Preliminary Injunction and Unsealed the file.

**COURTROOM DEPUTY:** Allan Donahue    **COURT REPORTER:** Koretta Fleming
**DATE:**    April 5, 2004, 9:00 - 9:05 a.m.

