**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DISNEY ENTERPRISES, INC.,
DC COMICS,
HANNA-BARBERA PRODUCTIONS, INC.,
VIACOM INTERNATIONAL INC.,
and WARNER BROS. ENTERTAINMENT INC.,

Plaintiffs,

Case No.: 6:04-CV-386-ORL-18-JGG

vs.

KMR WHOLESALE, INC.,
SUNIL WARRIER,
ASHA WARRIER,
and JOHN DOES 1-5,

Defendants.
_____/

DENIED and SO ORDERED this ___ day of _May_, 200_

G. KENDALL SHARP
United States District Judge

## DEFENDANTS', SUNIL WARRIER AND ASHA WARRIER, MOTION FOR MORE DEFINITE STATEMENT

The Defendants, Sunil Warrier, and Asha Warrier, through counsel and pursuant to Feder Rules of Civil Procedure 12(e), hereby requests that the Court order the Plaintiffs to provide a More Definite Statement, and as grounds therefore would show the following:

1.      The Complaint filed by the Plaintiffs alleges in general and conclusive terms that Defendants, Sunil Warrier and Asha Warrier, committed acts in an individual capacity.

**SCANNED**

2.    There are no specific facts stated in the Complaint, which indicate that defendant, Sunil Warrier, committed any of the allegations in an individual capacity or as an agent for KMR Wholesale, Inc.

3.    There are no specific facts stated in the Complaint, which indicate that defendant, Asha Warrier, committed any of the allegations in an individual capacity or as an agent for KMR Wholesale, Inc.

4.    Due to the vagueness of the Plaintiffs' Complaint and supporting documents with regard to the defendant(s) actions in their individual and personal capacities, the Defendants are unable to formulate an answer.

5.    Although this pleading does not constitute our answer to the complaint, in compliance with Federal Rule of Civil Procedure 8(c) we hereby assert and thereby reserve the following defenses among others, and further reserve the right to add to, delete, or amend these defenses within the time prescribed by law:

A.    Contributory negligence;

B.    License;

C.    Statute of Limitations;

D.    Any other matter constituting avoidance or affirmative defense;

E.    Our right to a trial by a jury of our peers.

WHEREFORE, the Defendants' would request that this Honorable Court order the Plaintiffs to provide a More Definite Statement in this matter.

"GOOD FAITH" CERTIFICATE OF COUNSEL: Pursuant to Rule 3.01(g) of the Rules of the United States District Court for the Middle District of Florida, by signing below the undersigned attorney hereby certifies that the foregoing motion is made in good faith and not for the purpose of delay. The opposing counsel has been contacted in a good faith effort to resolve this motion without a hearing, but if this motion is nevertheless submitted for adjudication, then those efforts failed to satisfactorily resolve this motion or the opposing counsel objects to this motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for More Definite Statement has been furnished by U.S. Mail on this 16th day of April, 2004 to: Michael W.O. Holihan, 1101 North Lake Destiny Road, Suite 350, Maitland, Florida 32751 as attorney for the plaintiffs.

Patrick John McGinley, Esquire
Fla. Bar. No. 0085881
Law Office of Patrick John McGinley, P.A.
2431 Algma Avenue Suite 251
Winter Park, FL 32792
(407) 681-2700 telephone
(407) 681-2710 facsimile

cc:     Mr. Sunil Warrier