IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC., DC
COMICS, HANNA-BARBERA
PRODUCTIONS, INC., PLAYBOY
ENTERPRISES INTERNATIONAL,
INC., VIACOM INTERNATIONAL
INC., and WARNER BROS.
ENTERTAINMENT INC.,

   Plaintiffs,

v.

KMR WHOLESALE, INC., SUNIL
WARRIER, and ASHA WARRIER,

   Defendants.
_____/

CIVIL NO. 6:04-CV-386-ORL-18-JGG

NOTICE OF SETTLEMENT

  Plaintiffs, Disney Enterprises, Inc., DC Comics, Hanna-Barbera Productions, Inc., Playboy Enterprises International, Inc., Viacom International Inc., and Warner Bros. Entertainment Inc., by and through their undersigned attorneys, hereby gives notice that the parties have agreed to settlement. The parties will be filing a Settlement Agreement and Consent to Permanent Injunction and Final Judgment within the next 20 days.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by fax and U.S. Mail to the above addressee this 22nd day of November, 2004.

>/s/ Michael W. O. Holihan
Michael W. O. Holihan
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, Florida 32751
Telephone:  407.660.8575
Fax:  407.660.0510
E-mail: michael.holihan@holihanlaw.com
Attorneys for Plaintiffs