IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC., DC                   CIVIL NO.: 6:04-CV-386-ORL-18-JGG
COMICS, HANNA-BARBERA
PRODUCTIONS, INC., PLAYBOY
ENTERPRISES INTERNATIONAL,
INC., VIACOM INTERNATIONAL
INC., and WARNER BROS.
ENTERTAINMENT INC.,

        Plaintiffs,

vs.

KMR WHOLESALE, INC., SUNIL
WARRIER, ASHA WARRIER, and
JOHN DOES 1 - 5,

        Defendants.
_____

MOTION TO REOPEN CASE

Plaintiffs, DISNEY ENTERPRISES, INC., DC COMICS, HANNA-BARBERA

PRODUCTIONS, INC., PLAYBOY ENTERPRISES INTERNATIONAL, INC., VIACOM

INTERNATIONAL INC., and WARNER BROS. ENTERTAINMENT INC., by and

through their undersigned attorney, hereby request the Court to reopen this matter as

the parties have failed to complete the expected settlement.

On November 22, 2004, the Plaintiffs filed a Notice of Settlement with the Court.

On that same date this Court entered an Order administratively dismissing this action

giving either Party sixty (60) days to reopen it upon good cause shown.  On December

15, 2004, Plaintiffs forwarded final settlement documents (the "Agreement") to counsel for the Defendants, KMR Wholesale, Inc., Sunil Warrier and Asha Warrier (hereinafter collectively "KMR").  Through the date of this Motion, KMR has failed to sign and return the Agreement or otherwise comply with the monetary obligations required under the Agreement.  Given KMR's non-compliance with the settlement, the Plaintiffs would respectfully show that there is good cause for this Court to enter an Order re-opening the case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail to Patrick John McGinley, Law Office of Patrick John McGinley, P.A., 2431 Aloma Avenue, Suite 251, Winter Park, Florida 32792 this 18th day of January, 2005.

/s/ Michael W. O. Holihan
Michael W.O. Holihan
Florida Bar No. 0782165
Michael W.O. Holihan, P.A.
1101 North Lake Destiny Road
Suite 350
Maitland, FL 32751
Phone: 407-660-8575
Fax: 407-660-0510
E-mail: michael.holihan@holihanlaw.com
Attorneys for Plaintiffs